■ In the Matter of CLIFFORD FRATELLO, Petitioner, v DOROTHY FRATELLO, Respondent. [934 NYS2d 720]—

Under the circumstances presented, the petitioner is not entitled to relief in a habeas corpus proceeding (*see* CPLR art 70; *People ex rel. Douglas v Vincent*, 67 AD2d 587 [1979], *affd* 50 NY2d 901 [1980]; *People ex rel. Vogelfang v Perez*, 66 AD3d 1052 [2009]; *cf. People ex rel. Bedell v Ercole*, 71 AD3d 801 [2010]). Rivera, J.P., Eng, Roman and Sgroi, JJ., concur.